UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONYA DEMONDA TOWNSEND,<br><br>Defendant. | NO: CR-10-6024-RMP<br><br>ORDER TO DISMISS WITH PREJUDICE<br><br>\* **MARSHAL ACTION REQUIRED**\* |

BEFORE the Court is Defendant's Motion to Dismiss with Prejudice, ECF No. 104, and the Government's Response to Defendant's Motion, ECF No. 108, stating that dismissal is appropriate. Having reviewed the motion, response, the mandate from the Ninth Circuit, ECF No. 100, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss with Prejudice, **ECF No. 104**, is **GRANTED**.

ORDER TO DISMISS WITH PREJUDICE ~ 1

2. The Superseding Information filed November 29, 2010, **ECF No. 65** is **DISMISSED WITH PREJUDICE**.

3. The Defendant shall be forthwith released from custody resulting from the dismissed Superseding Information.

The District Court Clerk is directed to enter this order, provide copies to counsel and the **US Marshals**, dismiss pending charges in ECF, and **CLOSE** this case. The United States Marshall is requested to forthwith take such steps as are required to release the Defendant from custody.

DATED this 25th day of April, 2012.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER TO DISMISS WITH PREJUDICE ~ 2